AO 455(Rev. 5/85) Waiver of Indictment

FILED
JAN 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Instituto Agrobioquimico, S.A. de C.V.

WAIVER OF INDICTMENT

CASE NUMBER: 05cr1632-L

Instituto Agrobioquimico, S.A. de C.V., the above-named corporate defendant, which is accused of violations of Title 21, United States Code, Sections 846 and 841(a)(1) - Conspiracy to Distribute Anabolic Steroids; Title 31, United States Code, Section 5324(c) - International Monetary Instrument Transactions; Title 18, United States Code, Section 2 - Aiding and Abetting; and Title 21, United States Code, Sections 853(a)(1) and (2) - Criminal Forfeiture, being advised of the nature of the charge(s), the proposed Superseding Information, and of its rights, hereby waives in open court on January 8, 2008, prosecution by Indictment and consents that the proceeding may be by Superseding Information rather than by Indictment.

COUNSEL FOR CORPORATE DEFENDANT
Instituto Agrobioquimico, S.A. de C.V.

Before
M. JAMES LORENZ
U.S. District Court Judge