1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05cr1632-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| | ) | |
| INSTITUTO AGROBIOQUIMICO, S.A. de C.V., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, INSTITUTO AGROBIOQUIMICO, S.A. de C.V. ("Defendant"), pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), as property obtained directly or indirectly as the result of the commission of the violations charged in the Superseding Information; and

WHEREAS, on or about January 8, 2008, Defendant pled guilty to Counts 1 and 2 of the Superseding Information, which plea included a consent to the forfeiture allegation of the Superseding Information and an agreement to entry of a **$200,000.00** judgment against the Defendant in favor of the United States; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that **$200,000.00** (U.S. dollars) is forfeitable to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), in that **$200,000.00** represents proceeds received by Defendant INSTITUTO AGROBIOQUIMICO, S.A. de C.V. for

the illegal distribution and sale of anabolic steroids in the United States, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a money judgment in its favor against the Defendant in the amount of **$200,000.00**, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the **$200,000.00** judgment and the offense; and

WHEREAS, on January 8, 2008 the Defendant tendered a check for **$200,000.00** to the United States in full satisfaction of the judgment; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, the United States, having submitted the Order herein to the Defendant through its attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   Defendant INSTITUTO AGROBIOQUIMICO, S.A. de C.V. is liable for the forfeiture of the sum of **$200,000.00** to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

2.   The **$200,000.00** tendered by Defendant at the January 8, 2008 sentencing hearing shall be forfeited to the United States in full satisfaction of the money judgment of forfeiture.

3.   Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant as of the time of sentencing and is part of the sentence and included in the judgment.

4.   The Internal Revenue Service shall dispose of the **$200,000.00** check according to law and shall deposit the forfeited **$200,000.00** into the Treasury Forfeiture Fund.

DATED: January 11, 2008

M. James Lorenz
United States District Court Judge